# UNITED STATES DISTRICT COURT

## District of Minnesota

Francisco Gabriel Acosta Gutierrez

Petitioner,

v.

David Easterwood, Todd Lyons and Kristi Noem

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-01226 JMB/DLM**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.
2. The government shall, if necessary, immediately return the petitioner to the District of Minnesota.
3. When the petitioner is in Minnesota, the government shall immediately release the petitioner from custody with no new conditions, and shall return any personal property seized from the petitioner when detained.
4. No later than February 13, 2026, the government shall file a status report certifying compliance with this Order.

Date: 2/12/2026

KATE M. FOGARTY, CLERK